**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No. 2:25-CR-20270-TLP** |
| **v.** | ) | |
| | ) | |
| **KAREEM ROSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS INDICTMENT**

---

    **COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney and Raney Irwin, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the indictment in case 2:25-CR-20270-TLP against Kareem Ross without prejudice.

                        Respectfully Submitted,

                        D. Michael Dunavant
                        United States Attorney
                        Western District of Tennessee

                        */s/ Raney Irwin*
                        Raney Irwin
                        Assistant United States Attorney
                        167 N. Main St. Ste. 800
                        Memphis, Tennessee 38103
                        Telephone: (901) 544-4231

## CERTIFICATE OF SERVICE

I, Raney Irwin, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through his attorney, Michael Scholl.

This 10th day of March 2026.

/s/ *Raney Irwin*
Raney Irwin
Assistant United States Attorney